JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br>JEANA COX, AKA JEANA M. COX,<br>AKA JEANA M. WOLINSKI, AKA<br>JEANA FARINELLA,<br><br>         Defendant | No. 2:14 CV 5342<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Jeana Cox, aka Jeana M. Cox, aka Jeana M. Wolinski, aka Jeana Farinella, in the principal amount of $4,117.59 plus interest accrued to July 10, 2014, in the sum of $9,547.35; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**13,664.94**.

DATED: 10/20/14                    By: TERRY NAFISI
                                       Clerk of the Court

                                       _[signature]_
                                       Deputy Clerk
                                       United States District Court